IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| DAVID EARL WATSON, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-13 (AJT/MSN) |
| ) | |
| J. ANDREWS, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**ORDER**

The Clerk is hereby directed to TRANSFER this case to the United States District Court for the Western District of North Carolina, Charlotte Division, to REASSIGN this action to Judge Whitney under Case No. 3:20-cv-00729-FDW, and to forward copies of this Order to all counsel of record and to the *pro se* Petitioner.

Anthony J. Trenga
United States District Judge

Alexandria, Virginia
July 28, 2021