# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **David Earl Watson,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:20-cv-00729-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **J. Andrews,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 17, 2021 Order.

August 17, 2021

*/s/ Frank G. Johns*

Frank G. Johns, Clerk
United States District Court